UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CIV-20892-ALTMAN/REID

ANDOPHINE D. STERLING,

    Plaintiff,
v.

HD & S SUCCESSOR, LLC,

    Defendant.
_____/

**MEDIATOR'S REPORT**

    Neil Flaxman, Esq., the undersigned certified Mediator reports to this Honorable Court as follows:

    The Mediation was held on the 7th day of September, 2022 at 10:00 a.m. All parties and their counsel appeared. The mediation proceeded via Zoom. No agreement was reached; IMPASSE.

    Dated this 7th day of September, 2022

        Respectfully submitted,
        **Neil Flaxman, Esq.**
        Florida Supreme Court Certified Circuit & Appellate Mediator
        L.R. 16.2 Certified Dist. Ct. Mediator (S.D. Fla.)
        L.R. 4.02 Certified Dist. Ct. Mediator (M.D. Fla.)
        Brickell City Tower, Suite 3100
        80 Southwest 8th Street
        Miami, Florida 33130
        Tel: 305-810-2786- Fax: 305-810-2824
        E-mail: neil@flaxmanmediations.com

    By:    *s/ Neil Flaxman*
              Neil Flaxman, Esq.
              Fla. Bar No. 025299