**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ANDOPHINE STERLING,

      CASE NO.:  22-CV-20892 RKA

     Plaintiff,

v.

HD&S SUCCESSOR CORP, LLC d/b/a
MERCY HOSPITAL,

     Defendants.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

     The Plaintiff, Andophine Sterling, and the Defendant, HD&S Successor, LLC, by and through their respective undersigned counsel, hereby agree and stipulate that this cause has been resolved and may be dismissed in its entirety, **with prejudice**, and that each party shall bear its own attorney's fees and costs.

*/s/ Toussaint Cummings*
Toussaint Cummings
Brian H. Pollock
Fairlaw Firm
135 San Lorenzo Avenue
Suite 770
Miami, FL 33146
toussaint@fairlawattorney.com
brian@fairlawattorney.com
*Attorneys for Plaintiff*

/s/  Alexander D. del Russo
Alexander D. del Russo
Florida Bar No.: 350273
adelrusso@carltonfields.com
kcasazza@carltonfields.com
CARLTON FIELDS, P.A.
525 Okeechobee Boulevard
Suite 1200
West Palm Beach, FL   33401
Telephone: (561) 659-7070
Facsimile (561) 659-7368
*Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 8, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing generated by CM/ECF.

> */s/ Toussaint Cummings*
> *Toussaint Cummings*
> *Brian H. Pollock*
> *Fairlaw Firm*
> *135 San Lorenzo Avenue*
> *Suite 770*
> *Miami, FL 33146*
> *toussaint@fairlawattorney.com*
> *brian@fairlawattorney.com*
> *Counsel for Plaintiff*

## SERVICE LIST

**Andophine Sterling v HD&S Successor, LLC**
**Case No.:  1:22-cv-20892 RKA**

Alexander D. del Russo
Florida Bar No.: 350273
adelrusso@carltonfields.com
kcasazza@carltonfields.com
**CARLTON FIELDS, P.A.**
CityPlace Tower – Suite 1200
525 Okeechobee Boulevard
West Palm Beach, FL  33401-6350
Telephone: (561) 659-7070
*Attorneys for Defendants*

131375557.1