UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-20892-ALTMAN/Reid

**ANDOPHINE D. STERLING**,

    *Plaintiff*,

v.

**HD&S SUCCESSOR, LLC**,

    *Defendant*.

_____/

## ORDER

The parties have filed a Joint Stipulation of Dismissal with Prejudice [ECF No. 23] under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). After careful review, we **ORDER AND ADJUDGE** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk of Court is directed to **CLOSE** this case. All hearings and deadlines are **TERMINATED** and all pending motions are **DENIED as moot**.

**DONE AND ORDERED** in the Southern District of Florida on February 8, 2023.

                                                                       _____

                                                                       **ROY K. ALTMAN**
                                                                       **UNITED STATES DISTRICT JUDGE**

cc:   counsel of record